```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

CHRYSOULA J. KOMIS,                  :
                Plaintiff            :
        v.                           :
                                     :
Elaine Chao,                         :
Secretary, Department of Labor,      :
                Defendants           :     Docket No.

## COMPLAINT

1. Plaintiff, Chrysoula J. Komis, is a citizen of the United States and a resident of Camden County, New Jersey.

2. Defendant is Elaine Chao, Secretary, Department of Labor.

3. This Court has jurisdiction over this matter pursuant to 42 U.S.C. §2000e-16(c) which provides, in pertinent part, that a party must file a civil action within 90 days of receipt of final action taken by the from an Agency decision on a complaint of discrimination under Title VII.

4. The United States District Court for the Eastern District of Pennsylvania is the appropriate venue for this action pursuant in that most if not all of the events, actions or omissions giving rise to this claim occurred in this judicial district.

5. At all times relevant hereto, Plaintiff Komis was a GS-13, employed at the Agency's Occupation Safety and Health Administration (OSHA) Philadelphia Regional Office.

6. Plaintiff filed her first retaliation complaint with the Agency's Civil Rights Center (CRC) in August, 2003, with subsequent retaliation complaints that are the subject of this appeal filed in October, 2006 which were each assigned CRC case numbers.

7. The CRC cases were consolidated for hearing before the EEOC as EEOC Hearing Nos. 170-2006-00032X 530-2007-00050X & 530-

2007-00161X. See attached Exhibits "A" "B" and "C" and a listing include the CRC case numbers which they encompassed.

8. The complaints were remanded back to the CRC, which issued a final decision that complaints and the Agency's conduct did not constituted discrimination dated July 24, 2008.

9. Plaintiff Komis files this action for judicial review of the complaints and a trial *de novo* by a jury on all issues that are the subject of this complaint.

10. There are complaints that were subsequently filed which are pending hearing before the EEOC, EEOC Hearing No. 530-2008-00086X - CRC Case No. 07-03-035 attached as Exhibit "D" and pending investigation by the CRC including CRC Case No. 08-03-060 and CRC Case No. 08-03-012, attached hereto as Exhibit "E".

WHEREFORE, Plaintiff Chrysoula J. Komis respectfully requests that this Court enter judgment in her favor, and award her compensatory damages, attorney's fees, costs and expenses, and punitive damages where warranted and such other remedies as are provided under the Civil Rights Act or which this Court in its discretion deems appropriate.

_____
William G. Blasdel, Jr., Esquire
ID No.23675
3038 Church Road
Lafayette Hill, PA 19444
610-940-3900      FAX 610-940-0843
WGBlasdel@aol.com
Attorney for Plaintiff

October 12, 2008