IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA


CHRYSOULA J. KOMIS,                   :
                 Plaintiff      :
        v.                      :
                                   :
Elaine Chao,                       :
Secretary, Department of Labor,    :
                Defendants    :     Docket No.08-cv-04877-PD


**MOTION OF PLAINTIFF CHRYSOULA J. KOMIS TO STAY PROCEEDINGS**


Plaintiff, Chrysoula J. Komis, by and through the undersigned attorney hereby requests that this civil action be stayed pending exhaustion of administrative remedies for the reasons set forth in the attached Memorandum.

           Respectfully,


_____
William G. Blasdel, Jr., Esquire
ID No.23675
3038 Church Road
Lafayette Hill, PA 19444
610-940-3900     FAX 610-940-0843
WGBlasdel@aol.com
Attorney for Plaintiff Chrysoula J. Komis

December 8, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CHRYSOULA J. KOMIS,                          :
                 Plaintiff          :
      v.                                    :
                                   :
Elaine Chao,                                 :
Secretary, Department of Labor,              :
               Defendants          :       Docket No. 08-cv-04877-PD

**MEMORANDUM IN SUPPORT
OF PLAINTIFF'S MOTION TO STAY PROCEEDINGS**

Plaintiff Chrysoula J. Komis filed this action under Title VII against Elaine Chao, Secretary Department of Labor as a *savings action* to toll the statute of limitations.    Plaintiff Komis had received a final (adverse) decision from the Agency dated July 24, 2008 on three of her EEOC Hearing Complaints that required that she file this action to preserve her right to proceed on these claims.

This litigation concerns approximately 55 of the 100+ formal retaliation complaints filed with the Department of Labor Civil Rights Center (CRC) starting in August, 2003, with the last complaint being filed December 3, 2008.   As the Civil Action Complaint disclosed, still pending adjudication is EEOC Hearing No. 530-2008-00086X (CRC Case No. 07-03-035), with EEOC Hearing No. 530-2009-00026X (CRC Case No. 08-03-060) being added in October, 2008.   There are also complaints under investigation by the CRC including CRC Case No. 08-03-060 and CRC Case No. 08-03-012, as well as several individual/unconsolidated formal CRC complaints that have not yet reached the formal investigation stage.

All of the complaints in this Civil Action, pending EEOC hearing and under CRC investigation are part of a continuing pattern of retaliation against Plaintiff, and most of them have a common theme and/or pattern and involve actions of the same individuals at Plaintiff's place of employment at the Philadelphia Regional Office of the Agency.

The administrative process and/or adjudication of these claims by the EEOC may well provide Plaintiff with such remedies and relief that she could reasonably expect, thus eliminating the need to proceed with this litigation.  It is in the interest of judicial economy to stay this action pending resolution of the complaints at the CRC and adjudication by the EEOC.

The matters pending at the EEOC have been assigned to the Honorable Susan A. Flynn, Chief Administrative Judge for this Region.  The complaints pending at the CRC would be expedited if administrative oversight/jurisdiction was given/taken by Judge Flynn, so as to insure a speedy investigation and resolution. Moreover, the EEOC hearing process would be simplified if the pending CRC complaints could be joined and/or consolidated with the pending EEOC matters for hearing and adjudication in the normal course.

Counsel from the U.S. Attorney's office does not oppose the entry of a stay in these proceedings.

WHEREFORE, Plaintiff Chrysoula J. Komis respectfully requests that this Court enter a Stay in this litigation, and that Judge Flynn be directed to take administrative jurisdiction

2

over the pending CRC complaints and investigations so as to insure that they are handled expeditiously, and that pending complaints be consolidated for EEOC adjudication in the normal course of handling such matters.

                        Respectfully submitted,

_____
William G. Blasdel, Jr., Esquire
3038 Church Road
Lafayette Hill, PA 19444
610-940-3900     FAX 610-940-0843
WGBlasdel@aol.com
Attorney for Plaintiff Chrysoula J. Komis

December 8, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CHRYSOULA J. KOMIS,                       :
                    Plaintiff            :
            v.                            :
                                          :
Elaine Chao,                              :
Secretary, Department of Labor,           :
                    Defendants           :       Docket No. 08-cv-04877

**O R D E R**

AND NOW, this    day of              , 2008, upon consideration of the Motion to Stay Proceedings of Plaintiff Chrysoula J. Komis and the motion being unopposed by counsel for Defendant Secretary Elaine Chao, the motion is GRANTED.

IT IS HEREBY ORDERED that this matter is Stayed pending exhaustion of administrative remedies by Plaintiff Komis or further action of this Court.

IT IS FURTHER ORDERED that EEOC Chief Administrative Judge Susan A. Flynn or such other judge as may be assigned to these matters by the EEOC, shall take administrative oversight and jurisdiction over Plaintiff Komis' complaints and investigations now pending with the Department of Labor Civil Rights Center (CRC), and that Judge Flynn take whatever action she may deem necessary in the interests of justice to expedite the processing of these complaints at the CRC, and thereafter that they be joined and/or consolidated with the pending EEOC matters for hearing and adjudication in the normal course.

BY THE COURT:

_____
PAUL S. DIAMOND,          J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CHRYSOULA J. KOMIS,                    :
                    Plaintiff          :
          v.                           :
                                       :
Elaine Chao,                           :
Secretary, Department of Labor,        :
                    Defendants         :        Docket No. 08-cv-04877

CERTIFICATION OF SERVICE


     I hereby certify that a copy of the attached Motion for Stay of
Proceedings and Memorandum in support of the Motion in the above
captioned matter were filed electronically and will be sent by e-
mail to counsel for Defendant as follows:



               Joseph Trautwein, Esquire
               Assistant United States Attorney
               615 Chestnut Street, Suite 1250
               Philadelphia, PA 19106



               _____
               William G. Blasdel, Jr., Esquire
               3038 Church Road
               Lafayette Hill, PA 19444
               610-940-3900      FAX 610-940-0843
               WGBlasdel@aol.com
               Attorney for Plaintiff Chrysoula J. Komis


December 9, 2008